# United States Court of Appeals
## For the First Circuit

No. 17-1435

ALJADI LÓPEZ-ROSARIO; MARGIE TORRES-MONTALVO; CONJUGAL
RELATIONSHIP LÓPEZ-TORRES; ALJADIE LÓPEZ-TORRES,

Plaintiffs, Appellants,

v.

PROGRAMA SEASONAL HEAD START/EARLY HEAD START DE LA
DIÓCESIS DE MAYAGÜEZ, INC.; MYRNA CARRERO; BOARD OF
DIRECTORS OF PROGRAMA SEASONAL HEAD START/EARLY HEAD START
DE LA DIÓCESIS DE MAYAGÜEZ, INC.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 4, 2021, is
amended as follows:

On page 2, n.1, line 3, replace "claim rests" with
"claims rest"